**UNITED STATES DISTRICT COURT**
DISTRICT OF NEW JERSEY

| | |
|---|---|
| CHAMBERS OF<br>**ESTHER SALAS**<br>UNITED STATES MAGISTRATE JUDGE | MARTIN LUTHER KING COURTHOUSE<br>50 WALNUT ST.<br>ROOM 2060<br>NEWARK, NJ 07101<br>973-297-4887 |

March 18, 2008

### LETTER ORDER

Re:   Cowan v. Board of Carteret Board of Education, et al.
       Civil Action No. 06-5459 (PGS)

Dear Counsel:

A telephone status conference has been scheduled for **May 5, 2007 at 11:30 a.m. Plaintiff's Counsel is to initiate the call.  Should you have any questions please call (973) 297-4887.**

**SO ORDERED.**

*s/Esther Salas*
**Esther Salas, U.S.M.J**

cc:   Clerk
       Hon. Peter G. Sheridan, U.S.D.J.
       File